UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| RODORRIO WELLS,<br><br>    Petitioner,<br><br>V.<br><br>MICHAEL SEPANEK, Warden,<br><br>    Respondent. | Civil Action No. 7: 16-123-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Rodorrio Wells [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the respondent.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated June 5, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY